UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JUANELL CARTER, | ) | |
| Movant, | ) ) ) | |
| v. | ) | No. 4:16CV1071 HEA |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

By Order dated July 11, 2016, the Court referred this case to the Federal Public Defender and provided forty-five (45) days for review to determine whether to represent movant in bringing a claim for reduction of his sentence under *Johnson v. United States*, 135 S.Ct. 2551 (2015). That time period has expired and nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that the Public Defender must notify the Court no later than **Wednesday, September 21, 2016**, whether it intends to represent movant on this matter.

Dated this 6th day of September, 2016

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE