# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JUANELL CARTER, | ) |
| Movant, | ) |
| v. | ) No. 4:16CV1071 HEA |
| UNITED STATES OF AMERICA, | ) |
| Respondent, | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is movant's request to stay this action pending the United States Supreme Court's decision in *Beckles v. United States*, -- U.S.-- , 136 S.Ct. 2510, No. 15-8544, 2016 WL 1029080 (cert. granted June 27, 2016). Movant's request for stay will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that movant's request to stay this action pending the United States Supreme Court's decision in *Beckles v. United States,* -- U.S.-- , 136 S.Ct. 2510, No. 15-8544, 2016 WL 1029080 (cert. granted June 27, 2016) [Doc. #8] is **GRANTED**.

**IT IS FURTHER ORDERED** that movant must give notice to the Court within twenty-eight (28) days of the Supreme Court's decision.

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively close this case.

Dated this 2nd day of February, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE