## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JUANELL CARTER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:16CV1071 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent, ) | |

### OPINION, MEMORANDUM AND ORDER

Before the Court is movant's motion to stay this case. As the action is currently stayed and administratively closed, his motion will be denied as moot. However, movant will be provided an extension of time to notify the Court as to how movant wishes to proceed in this action given the outcome of the Supreme Court case of *Beckles v. United States*, 137 S.Ct. 886 (2017).

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion to stay this action [Doc. #10] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that movant shall respond to the Court within thirty (30) days of this Order as to how movant wishes to proceed in this action given the outcome of the Supreme Court case of *Beckles v. United States*, 137 S.Ct. 886 (2017).

Dated this 5th day of April, 2017

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE